AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

**FILED** OCT 08 2019
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

SEALED

| | |
|---|---|
| United States of America<br>v.<br><br>DANIEL COOKE<br><br>*Defendant(s)* | Case No. 2:19MJ247 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 3, 2019__ in the county of __Lake__ in the __Northern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252(a)(2) | Distribution of Child Pornography |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Nikkole Robertson*
Complainant's signature

Nikkole Robertson, FBI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/08/2019

s/Joshua P. Kolar
Judge's signature

City and state: Hammond, Indiana

JOSHUA P. KOLAR, U.S. MAGISTRATE JUDGE
Printed name and title