## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Nikkole Robertson, Special Agent of the Federal Bureau of Investigation (FBI), Indianapolis Field Office, Merrillville Resident Agency, being duly sworn, depose and state as follows:

### INTRODUCTION

1. I have been employed as a Special Agent since December of 2004, and have been assigned to the FBI GRIT (Gang Response Investigative Team) Task Force since September 2016. Prior to my assignment at GRIT, I was assigned to the FBI's Chicago Field Office, Crimes Against Children Task Force. Prior to my employment as a Special Agent I was a police officer in Sauk Village, Illinois for about six years. I have investigated federal criminal violations related to high technology or cyber crime, child exploitation, and child pornography. I have gained experience through training with the FBI and everyday work relating to conducting these types of investigations. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I am a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered to investigate and make arrests for violations of U.S. criminal laws.

1

2. What follows are the facts that I believe are necessary to establish probable cause for the issuance of a criminal complaint alleging on or about September 3, 2019, Daniel COOKE (hereafter COOKE) committed a violation of Title 18, United States Code Sections 2252(a)(2), by distributing a visual depiction of an actual minor engaged in sexually explicit conduct via interstate commerce.

3. The facts set forth herein are either personally known to me or have been told to me directly by law enforcement officers and others with whom I have worked on this investigation. I have not included in this affidavit each and every fact known to me concerning this investigation.

## FACTS ESTABLISHING PROBABLE CAUSE

4. On or about June 3, 2019 and June 18, 2019 Special Agents of the FBI met with and interviewed a 16 year-old child referred to herein as "DW." DW provided Agents the cell phone number XXX-XXX-0590, which belongs to an adult male she met on the social media application "Whisper," who identified himself as "JOHN HENDERSON." Whisper is a social media application that allows people to communicate anonymously.

5. On or about June 18, 2019, a Special Agent of the FBI conducted a database search and identified COOKE as the individual associated with the cell phone number provided by DW. DW was shown an unmarked photo of COOKE and she positively identified him as "JOHN HENDERSON."

6. DW advised during an interview that COOKE drove a semi. DW reported during her interview that COOKE resided in LaSalle, Illinois and travelled between or about February 16, 2019 and April 4, 2019, in his semi to meet DW near her grandmother's home in East Chicago, Indiana. DW reported COOKE picked her up three times in East Chicago and took her in his semi to the truck stop in Gary, Indiana where he had sex with her. DW said COOKE used a condom one or two times when they engaged in sexual activities. COOKE had oral, anal and vaginal sex with DW multiple times during their meetings.

7. DW reported she would spend a few hours with COOKE when they saw each other. DW said they would remain in his truck during their encounters and they would talk, watch movies and cartoons on COOKE's laptop computer, and have sex. COOKE bought DW stuffed animals, apple juice and gummy bears.

8. DW believed COOKE to be 31 years old and born on February 2nd.

9. According to the Illinois Secretary of State, COOKE's birthday is February 2nd and COOKE is 31 years old.

10. DW reported that she communicated with COOKE by way of text messaging. DW believed COOKE resided in Illinois with his ex-wife and children. DW believed COOKE to have two daughters and two sons. According to DW, COOKE would travel with his dog, a Pit Bull. COOKE has a paddle he used to hit DW with in his truck, and the paddle has the word "slut" written on it.

11. On or about June 18, 2019, I initiated communication with COOKE through text messaging utilizing the cell phone number DW provided, XXX-XXX-0590. I initially communicated covertly with COOKE posing as DW, utilizing DW's purported cousin's cell phone. COOKE wanted a picture of DW. COOKE then appeared to test me by asking "what does the paddle say on it?" On or about June 19, 2019, while acting in a covert capacity and posing as DW, I responded to the question COOKE asked on or about June 18, 2019 by answering "slut".

12. Thereafter, from June 19, 2019 to July 15, 2019, COOKE and I (posing as DW) did not communicate. On or about July 16, 2019 COOKE sent me a text to directed to DW's purported cousin asking "Does she have a phone yet?" (referring to DW). On or about July 16, 2019 after some text conversations in which I acted in a covert capacity pretending to be DW's cousin, I informed COOKE that I (DW's cousin) was 17 years old.

13. Between on or about July 16, 2019 and August 2, 2019, I communicated daily with COOKE while in a covert capacity posing as DW's 17 year-old cousin. On or about August 2, 2019, I sent COOKE a text message explaining, "I know you're going to be mad but I have to tell you something." I went on to explain: "I have really never had sex." COOKE responded, "What?" Continuing in a covert capacity as DW's cousin, I then sent a text saying, "And I'm almost 15." COOKE responded, "Your only 14??" Remaining in a covert capacity

4

posing as DW's cousin, I responded, "yes." COOKE responded, "Your only telling me that cause you dont want me. it's cool." I replied: "I didn't want you to freak out when you really saw me."

14.  On or about August 2, 2019, while continuing to communicate with COOKE posing as DW's purported 14 year-old cousin, the following portion of a text conversation occurred:

> Covert 8:18PM: You're the first person I ever sent any pics to.
> COOKE 8:19PM: You havent really showed me anything but your ass.
> Covert 8:20PM: I know and I could get in big trouble
> COOKE 8:20PM: I could get in more trouble then you!!!! Lol
> Covert 8:23PM: I thought you wanted someone who knew what they were doing
> COOKE 8:24PM: I like training.
> Covert 8:25PM: I'm kind of scared at how bad it will hurt!!
> COOKE 8:25PM: It wont hurt if I get you turned on enough and your relaxed
> COOKE 8:26PM: I'm gonna ask this one time only and answer it 100% honestly. Do you want to be a sub and be trained by me?
> Covert 8:26PM: Really?
> COOKE 8:27PM: You wouldnt be the first virginity I've taken. She said it felt like loosing her virginity the first time I fucked her.

Based on my training and experience, law enforcement's interviews of DW, and my other covert communications with COOKE, I believe the term "sub" to be a reference to a "submissive" participant in a dominant-submissive sexual relationship. COOKE has identified himself both to DW and me (posing as DE's 14 year-old cousin) as someone who receives sexual pleasure by acting in a dominant capacity while another acts as his submissive.

5

15.    The majority of the text communications between COOKE and DW's purported 14 year-old cousin were sexual in nature. Between or about July 16, 2019 and October 6, 2019, COOKE communicated regularly with me while I posed as DW's 14 year-old cousin.

16.    During these discussions, COOKE discussed his desire for me (a 14 year-old child) to be his submissive.

17.    On or about September 3, 2019 at approximately 6:36AM CST, while communicating in a covert capacity as DW's 14 year-old cousin, COOKE sent a text message asking, "OK. What are you doing this early? Getting ready for school?" Several messages followed, including the following exchange:

> COOKE, 11:25AM CST: Since I am now your daddy, when do I get to see all of my sub?
> Covert, 11:25AM CST: What state are you in
> COOKE, 11:25AM CST: Oklahoma headed south to Texas
> Covert, 11:26AM CST: When are you coming to Indiana
> COOKE, 11:27AM CST: Idk. I'm gonna try to soon. But I'll make sure it's on a weekend.
> COOKE, 11:35AM CST: Now answer my question.
> Covert, 11:39AM CST: You can see all of me when you get here!
> COOKE, 11:39AM CST: I need aleast one pic before then. Either your face, tits, or pussy.
> Covert, 11:41AM CST: Ok, what kind of pic of my pussy do you want?
> COOKE, 11:43AM CST: Just get naked, lay down, spread your legs and show me
> Covert, 11:44AM CST: Ok let me think about that when I get a chance to later
> COOKE, 4:47PM CST: How was school?
> Covert, 5:33PM CST: It was good! I have a lot of homework
> COOKE, 5:34PM CST: Poor baby
> Covert, 5:36PM CST: I know! Lol
> COOKE, 5:37PM CST: You should take a masturbation break.
> Covert, 5:38PM CST: Lol

COOKE, 5:38PM CST: I'm serious. Daddy knows what's best.

18. The conversation continued on September 3, 2019 and the following is a portion of the text exchange:

COOKE, 6:58PM CST: Wanna see what I made her do when she didnt do what I asked her?
Covert, 6:59PM CST: Yes
COOKE, 6:59PM CST: Turn your volume down low (Video of DW)
COOKE, 6:59PM CST: That's not in her pussy. That was part of her anal training.

The "her" referenced by COOKE was DW. During the above exchange, COOKE sent an approximately 59-second video depicting DW completely naked on her knees on what appears to be a bed or floor with the camera located behind her left side. DW is depicted inserting and moving back and forth in her anus an object that appears to be a cucumber. At one point in the video, DW's face is visible. At the time the video was captured, DW was a minor.

19. On or about September 18, 2019, COOKE communicated with me again while I acted in a covert capacity as DW's 14 year-old cousin. The following is a portion of the communication that ensued:

COOKE, 12:51PM CST: So I'm gonna be serious when I ask this question. Do you want to be my sub?
Covert, 12:51PM CST: I am willing to try it but I am afraid to say yes. I don't want you mad at me.
COOKE, 12:54PM CST: Why are you afraid to say yes?
Covert, 12:54PM CST: I'm afraid it will hurt too much
COOKE, 12:57PM CST: What will hurt?
Covert, 12:58PM CST: Everything you talked about doing!
COOKE, 12:58PM CST: Give me some examples.
Covert, 12:59PM CST: Probably most afraid of anal

7

Covert, 12:59PM CST: I already told you I was scared it will hurt.
COOKE, 12:59PM CST: No need to be afraid. If you try it and don't like it then we move on.
Covert, 1:01PM CST: You asked about gagging me so I couldn't tell you to stop. That scares me
COOKE, 1:01PM CST: Don't be scared. I'd read your body language and know when to stop.
Covert, 1:07PM CST: Are you only home on the weekends? My uncle works them. Are you really a truck driver?
COOKE, 1:08PM CST: Yes I really am a truck driver. Ask [DW] what I picked her up and fucked her in.

20. On or about September 18, 2019, while communicating with COOKE in a covert capacity as a purported 14 year old, I spoke of having issues at home and getting arrested. The following is a portion of the communication that ensued as a result:

Covert, 1:27PM CST: My dad hit me and I hit him back
COOKE, 1:28PM CST: Why did he hit you?
COOKE, 1:29PM CST: If you were almost 18 I'd let you take off with me in the truck but your not even close.
COOKE, 1:34PM CST: Sweety?
Covert, 1:46PM CST: He was drinking
COOKE, 1:47PM CST: So. Let me ask again. How old are you and what exactly do you want to find in me?
Covert, 1:48PM CST: I'm really 14- going to be 15. And I want to be in a relationship
COOKE, 1:48PM CST: A relatio ship with me?
Covert, 1:49PM CST: Yes but I understand if you don't want this with me
COOKE, 1:50PM CST; It doesn't bother me to try. The only issue I have is that your scared to try things. Like sending pics, talking on the phone, etc.
Covert, 1:57PM CST: I'm always around someone
Covert, 1:57PM CST: I know I shouldn't worry as much as I do.
COOKE, 1:57PM CST: Well start having some alone time. If we gonna be together you gonna have to tease me and make me wanna fuck your brains out.
Covert, 2:02PM CST: Ok!
COOKE, 2:02PM CST: Is that fine with you?

8

COOKE, 2:02PM CST: If so reply with yes daddy . If not say no sir.

21. The next day, on or about September 19, 2019, COOKE was attempting to convince me, while posing as a 14 year-old child, to send him a "full body nude pic and no hands blocking." I refused to send an image. After attempting to confirm what COOKE wanted, COOKE replied, "what I want is to not go to jail for messing with you. Lol." I asked, "Why would you go to jail?". COOKE responded, "Cause your 14 and I'm over 18." Remaining in a covert capacity, I responded, "Only if someone tells! Or says they know.:" COOKE responded, "Well I'm daman sure not telling anyone. Are you gonna tell anyone?".

22. On or about September 21, 2019, DW was interviewed telephonically by Special Agent Nikkole Robertson. During that interview, DW reported that she had sent COOKE several naked images and videos. DW said that the majority of the images she sent COOKE were because COOKE directed her to send them. DW also reported that she sent COOKE a video inserting a cucumber in her anus after COOKE had told her to do so. DW reported that the video was taken in the bathroom of her home. DW said any video she would have sent COOKE was because he told her to do so. DW reported that, as punishment for doing something she should not have done, COOKE would have her put Icy Hot on her nipples and vagina.

9

23. During her interview on or about September 21, 2019, DW reported the last time she was with COOKE, she had left a pair of diamond stud earrings and a headband with cat ears and silver stones inside COOKE's truck.

24. On or about October 3, 2019, COOKE sent a text message to the purported 14 year-old cousin of DW saying, "I am really missing her." I responded asking, "[DW]?". COOKE responded, "yes." COOKE sent a message saying, "I need her. She was my kitten. I still have her kitten ears in my truck."

25. On or about October 3, 2019, COOKE communicated with me as the purported 14 year-old asking, "Tell me. Do you honestly want to be a sub or not?". I responded as the purported 14 year-old, "I am not completely sure I will love it! She kinda scared me about the icy hot punishment too." COOKE responded, "We don't have to do the icy hot. That was a punishment for her cause she loves pain." COOKE continued and said, "I need a young and obedient fuck toy. Would you like to become that or not. It's a yes or a no."

26. A subpoena requesting records for the cell phone number, XXX-XXX-0590 was served to Verizon Wireless on July 3, 2019. The records indicate that the cell phone has been active since September 2, 2017 and is subscribed to COOKE, listing the city as Mendota, Illinois.

27. On or about September 19, 2019, Agents from the Oklahoma City FBI office observed a silver Hyundai, Illinois registration AH77557 parked at 704

10

Campbell Street, Ardmore, Oklahoma. The vehicle is registered to Individual 1, who appears to be COOKE's wife.

28. Agents form the Oklahoma City FBI office conducted a database search and determined that COOKE has a utility registered in his name at 704 Campbell Street, Ardmore, Oklahoma.

29. On or about September 22, 2019, FBI Agents conducted surveillance in the area of 1300 Raymond Drive, Mendota, Illinois and observed the unoccupied silver Hyundai parked in a truck parking lot directly behind a tractor. Agents also observed COOKE and Individual 1 exit the driver's side of the tractor and enter the silver Hyundai.

30. The tractor COOKE and Individual 1 were observed exiting and entering bears an Illinois apportioned registration P995852 and is registered to VIP Logistics Inc. in Countryside, Illinois.

31. On or about September 22, 2019, Agents observed Individual 1 drive COOKE as the front seat passenger, to the apartment complex, Wentworth Commons located at 205 Sandra Avenue, Mendota, Illinois. COOKE and Individual 1 entered building D.

32. On or about September 22, 2019, FBI Agents observed COOKE at the Wentworth Commons apartment complex standing in front of building D. While acting in a covert capacity posing as DW's 14 year-old cousin, I sent COOKE a text

message. COOKE was observed sending a text message which appeared to be in response to my message. While observing COOKE on his cell phone, I received a message from COOKE that read "I'm a little busy today with family babe." After receiving that message, COOKE reentered building D of the complex.

## PROBABLE CAUSE

33. Based on the above facts, I believe probable cause exists for the issuance of a complaint charging that on or about September 3, 2019, COOKE violated Title 18, United States Code, Section 2252(a)(2) by distributing a minor of an actual child (DW) engaging in sexually explicit conduct.

34. I therefore respectfully request that the attached warrant be issued.

FURTHER AFFIANT SAYETH NAUGHT.

*Nikkole Robertson*
Nikkole Robertson
Special Agent
FBI Indianapolis

Sworn and subscribed before me this 8 day of October, 2019.

s/Joshua P. Kolar
_____
UNITED STATES MAGISTRATE JUDGE