-FILED-

NOV 20 2019

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 2:19CR0138 |
| | ) | |
| v. | ) | 18 U.S.C. § 2252(a)(2) |
| | ) | 18 U.S.C. § 2422(b) |
| DANIEL COOKE | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### [Receipt of Child Pornography]

From in or about December 2018 until in or about February 2019, in the Northern District of Indiana and elsewhere, the defendant,

**DANIEL COOKE,**

attempted to and did knowingly receive any visual depiction that had been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, where the producing of such visual depiction involved the use of an actual minor under the age of eighteen (18) engaging in sexually explicit conduct and such visual depiction is of such conduct

All in violation of Title 18, United States Code, Section 2252(a)(2) and (b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### [Attempted Enticement of a Minor]

From on or about July 16, 2019 until on or about October 16, 2019, in the Northern District of Indiana and elsewhere, the defendant,

**DANIEL COOKE,**

did use any facility and means of interstate and foreign commerce to knowingly attempt to persuade, induce, entice and coerce an individual he believed to be a minor, to engage in sexual activity for which any person could be charged with an offense, to wit: the production of child pornography in violation of 18 U.S.C. § 2251(a).

All in violation of Title 18, United States Code, Sections 2422(b) and 2427.

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
### [Distribution of Child Pornography]

On or about September 3, 2019, in the Northern District of Indiana and elsewhere, the defendant,

**DANIEL COOKE,**

attempted to and did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, where the production of such visual depiction involved the use of an actual minor under the age of eighteen (18) engaging in sexually explicit conduct and such visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2) and (b).

## SEXUAL EXPLOITATION FORFEITURE ALLEGATIONS

1.  The allegations of Counts 1, 2, and 3 of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 2253 and 2428.

2.  If convicted of Count 1, 2, or 3 of the Indictment, the defendant shall forfeit to the United States of America all property, real and personal, used or intended to be used to commit or to promote the commission of the offenses charged herein, to wit:

    a.  a Samsung Galaxy J7, telephone number 779-201-0590, Model Number SM-J737VPP, serial number R58K95B1C9A;

    b.  an LG cellular phone, Model LG-VS500PP, serial number 705CYHE0276785, IMEI 354437083067856;

All in violation of Title 18, United States Code, Sections 2252(a)(2), 2422(b), 2253, and 2428.

4

A TRUE BILL:

*/s/ FOREPERSON*
FOREPERSON

THOMAS L. KIRSCH, II
UNITED STATES ATTORNEY

By: */s/ Molly A. Kelley*
Molly A. Kelley
Assistant United States Attorney

By: */s/ Jill R. Koster*
Jill R. Koster
Assistant United States Attorney